# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERALD S. LEESEBERG, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. 08-926-GMS |
| CONVERTED ORGANICS INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| LEA ADAR, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. 11-254-GMS |
| CONVERTED ORGANICS INC., | ) ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER CONSOLIDATING CASES

WHEREAS, the Court conducted a pretrial conference in C.A. No. 08-926-GMS on March 29, 2011;

WHEREAS, at the pretrial conference, all parties, by and through their counsel of record, moved this Court for an order, under Rule 42(a) of the Federal Rules of Civil Procedure, consolidating the actions captioned above.

IT IS HEREBY ORDERED that:

(1)  The motion is GRANTED;

(2)  All of the actions captioned above are consolidated for all purposes;

(3) All documents previously filed to date in any of the cases consolidated herein are deemed a part of the record in the Consolidated Action; and

(4) All discovery previously served or produced in C.A. No. 08-926 shall be available to be used in C.A. No. 11-254;

(5) Hereafter, all papers will be filed under C.A. No. 08-926;

(6) All attorneys admitted *pro hac vice* in C.A. No. 08-926 are deemed admitted in the consolidated action;

(7) The caption of the consolidated action shall be as follows: *In re Converted Organics Inc. Litigation*, Consol. C.A. No. 08-926-GMS;

(8) A Status Teleconference shall be held in the consolidated action at 12:30 p.m. on April 29, 2011, counsel for plaintiff will initiate the call.

**IT IS SO ORDERED.**

DATED: April 12, 2011

Hon. Gregory M. Sleet
Chief United States District Judge

{A&B-00174298-2}

2