# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CONVERTED ORGANICS INC. LITIGATION | ) Consol. C.A. No. 08-926-GMS )<br>) **STIPULATION AND**<br>) ~~ ~ ~ ~ ~ ~~ **ORDER**<br>) **OF DISMISSAL**<br>) <u>**WITH PREJUDICE**</u><br>) |

IT IS HEREBY STIPULATED that, pursuant to the terms of a settlement agreement between the parties, dated as of November 11, 2011, which are incorporated herein by reference:

1. This Court has jurisdiction over the parties to this action and has jurisdiction over the subject matter hereof.

2. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of the terms of the settlement agreement, the enforcement thereof, and the punishment of any violations thereof. The parties to the settlement agreement consent to proceed before Magistrate Judge Thynge to resolve any issues with respect thereto.

3. All claims asserted by the parties in this action are hereby dismissed in their entirety, with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| */s/ P. Bradford deLeeuw* | */s/ John M. Seaman* |
| Joseph A. Rosenthal (No. 234) | Kevin G. Abrams (No. 2375) |
| Jeffrey S. Goddess (No. 630) | John M. Seaman (No. 3868) |
| P. Bradford deLeeuw (No. 3569) | ABRAMS & BAYLISS LLP |
| ROSENTHAL, MONHAIT & GODDESS, P.A. | 20 Montchanin Road, Suite 200 |
| 919 Market Street, Suite 1401 | Wilmington, DE 19807 |
| Wilmington, DE 19899-1070 | Telephone: (302) 778-1000 |
| Telephone: (302) 656-4433 | Facsimile: (302) 778-1001 |
| Facsimile: (302) 658-7567 | seaman@abramsbayliss.com |
| bdeleeuw@rmgglaw.com | |
| | |
| RABIN & PECKEL LLP | ZELLE HOFMANN VOELBEL & MASON LLP |
| I. Stephen Rabin | Daniel S. Mason |
| Joseph V. McBride | José M. Umbert |
| 317 Madison Avenue, 21st Floor | 44 Montgomery Street, Suite 3400 |
| New York, NY 10017 | San Francisco, CA 94104 |
| Telephone: (212) 880-3722 | Telephone: (415) 693-0700 |
| Facsimile: (212) 880-3716 | Facsimile: (415) 693-0770 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| | |
| DATED: November 28, 2011 | DATED: November 28, 2011 |

**IT IS SO ORDERED.**

DATED: Nov 30, 2011

_____
Hon. Gregory M. Sleet
Chief United States District Judge

2